THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Alvin Ray Yount, Appellant.
 
 
 

Appeal From Dorchester County
 James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 2007-UP-228
Submitted May 1, 2007  Filed May 15, 2007    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor David Michael Pascoe, Jr., of Orangeburg, for Respondent.
 
 
 

PER CURIAM:  Alvin Yount pled guilty to ill treatment of animals.  He argues on appeal that his guilty plea failed to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Younts appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.